1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Suite 200
   San Francisco, CA 94108
3  (415) 956-5513 (phone)
   (415) 840-0308 (fax)
4
   Attorney for Plaintiff.
5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11
   MOHAMMAD SHER ISLAM,              )
12                                   )
            Plaintiff,               )    No.    3:13-cv-02316-RS
13                                   )
        v.                           )
14                                   )    JOINT STIPULATION TO RESET
                                     )    BRIEFING SCHEDULE AND MOTION
15 F. GERARD HEINAUER, DIRECTOR,     )    HEARING; [PROPOSED] ORDER
   USCIS NEBRASKA SERVICE CENTER;    )
16 ET. AL.                           )
                                     )
17                                   )
            Defendants.              )    Hearing:    Dec. 12, 2013
18 _____ )    Time:       1:30 p.m.

19

20

21

22         Plaintiff, by and through his attorney of record, and Defendants, by and through their

23  attorneys of record, hereby stipulate, subject to the approval of the Court, to reset the briefing

24  schedule and the hearing date on Defendants' motion to dismiss.  This motion is made on the

25  following grounds:

26

27
   Stipulation to Reset Briefing Schedule and Hearing Date; [Proposed] Order
28 3:13-cv-02316-RS

1.      On May 21, 2013, Plaintiff filed the above-captioned action.  Defendants were served on June 29, 2013.  The parties thereafter stipulated to two 30-day extensions for Defendants to file their answer or otherwise respond to Plaintiff's complaint.  On September 23, 2013, Defendants filed a Motion to Dismiss; Alternative Motion for Summary Judgment.

2.      Currently, pursuant to the Court's Procedural Order for Immigration Mandamus Cases, the briefing schedule for defendant's motion and/or any counter-motion for summary judgment by plaintiffs is as follows:  (i) Plaintiffs' opposition and/or counter-motion is due October 7, 2013; (ii) Defendants' reply and/or opposition is due October 15, 2013; and (iii) if Plaintiffs opt to file a counter-motion on October 7, 2013, Plaintiffs may file a reply to Defendants' opposition by October 22, 2013.

3.      Plaintiff's counsel will be on vacation from October 9 through October 29, 2013.  Given the unavailability of Plaintiffs' counsel until October 29, 2013, subject to the approval of the Court, the parties hereby stipulate to the following briefing schedule:

(a)     Plaintiff's opposition or counter-motion for summary judgment is due November 15, 2013;

(b)     Defendants' reply is due by December 6, 2013;

(c)     If Plaintiff files a counter-motion for summary judgment on November 15, 2013, Plaintiff may file a reply by December 20, 2013.

(d)     The hearing on Defendants' summary judgment motion will be continued to January 9, 2014, at 10:00 a.m.  Any hearing on plaintiffs' counter-motion for summary judgment will be held at the same date and time, January 9, 2014, at 10:00 a.m.

For the reasons stated above, the parties respectfully request that Court adopt the briefing schedule listed above.

IT IS SO STIPULATED.

Dated: September 24, 2013                    Respectfully submitted,

                                             /s/
                                             _____
                                             ROBERT B. JOBE[1]
                                             Law Office of Robert B. Jobe
                                             Attorney for Plaintiff

Dated: September 24, 2013

                                             /s/
                                             _____
                                             STACEY YOUNG
                                             U.S. Department of Justice Civil Division
                                             Office of Immigration Litigation
                                             Attorney for Defendants

## [~~PROPOS~~ED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED that:

(1)   Plaintiff's opposition or counter-motion for summary judgment is due by November 15, 2013;

(2)   Defendants' reply is due by December 6, 2013;

(3)   If Plaintiff files a counter-motion for summary judgment on November 15, 2013, Plaintiff may file a reply by December 20, 2013.

(4)   The hearing on Defendants' summary judgment motion will be continued to January 9, 2014, at ~~10:00 a.m.~~ 1:30 p.m.  Any hearing on plaintiffs' counter-motion for summary judgment will be held at the same date and time, January 9, 2014, at ~~10:00 a.m.~~ 1:30 p.m. motions hearing is reset to May 6, 2011 at 9:00 a.m. and all other deadlines are reset accordingly.

   IT IS SO ORDERED.

Dated:  9/25/13

                                             _____
                                             RICHARD SEEBORG
                                             UNITED STATES DISTRICT JUDGE

---

[1] I, Robert B. Jobe, attest that both Stacey Young and I have signed this document.

Stipulation to Reset Briefing Schedule and Hearing Date; [Proposed] Order
3:13-cv-02316-RS